# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 18" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" | ) ) ) ) ) ) ) Case No. 3:18-mj-00053 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 18" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702"" presently located at the Huntington Post Office in Cabell County, West Virginia.

located in the _____Southern_____ District of _____West Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:
U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 18" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" and its contents, including, but not limited to controlled substances and evidence of a violation of 21 U.S.C.841(a)(1) and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 846 | Distribution of a Controlled Substance and Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Robert A. Didomenico, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/26/2018

*Judge's signature*

City and state: Huntington, West Virginia          Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*

# **A F F I D A V I T**

STATE OF WEST VIRGINIA

COUNTY OF CABELL, to-wit:

I, Robert A. DiDomenico, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector employed with the United States Postal Inspection Service since July 2012. My responsibilities include the investigation of crimes involving the United States Postal Service and crimes furthered through the use of the United States Mail. This includes the investigation of controlled substances sent through the U.S. Mail.

2. This affidavit is made in support of an application for a search warrant to search the contents of a U.S. Postal Service Priority Mail Package bearing USPS Tracking Number "9505 5128 9767 8205 2334 18" with a return address of "John MCcoy 343 Stany Creek Dr, Orland, CA 95963" and a delivery address of "Jason MCcoy 3817 Hilltop Drive, Huntington, WV 25702" (hereinafter referred to as the "SUBJECT PARCEL"). The SUBJECT PARCEL is a Priority Mail package, bears a hand-written Priority Mail label, and has $13.65 in postage affixed. The SUBJECT PARCEL was mailed on July 24, 2018 from Chico, CA 95928. The SUBJECT PARCEL is presently located at the Huntington Post Office in CABELL County, West Virginia.

3. The information contained in this affidavit is based on information I have gained from my investigation, my personal

observations, my training and experience, and information related to me by other law enforcement agents and witnesses.

4. Drug trafficking background gained over the years has shown that drug dealers and drug traffickers utilize the United States Postal Service for shipping controlled substances, including but not limited to cocaine, heroin, methamphetamine and marijuana. The use of Express Mail, Priority Mail and First Class Mail are favored because of the reliability, anonymity, speed (overnight service), minimal cost, and ability to track the mail piece.

5. Through experience gained in drug investigations by Postal Inspectors and other law enforcement agents, and through information provided by individuals who have been involved in buying, selling, and shipping drugs by Express Mail, Priority Mail and other types of shipments, the Postal Inspection Service has established a drug profile policy to screen mail packages for controlled substances. The profile characteristics include peculiarities in labeling[1] and unusual packaging techniques as well as other considerations.

---

[1] For example, handwritten labels are of interest because the vast majority of premium mail services such as Express and Priority Mail involves business-to-business or business-to-person correspondence and features typewritten or computer-generated labels. Person-to-person correspondence having handwritten labels accounts for a very small minority of total Express and Priority Mail traffic.

2

6. Postal Inspectors, Special Agents of the Drug Enforcement Administration (DEA) and other intelligence sources have identified Arizona, Texas, California, Florida, Michigan, New Jersey and New York as major source states for illegal drugs flowing into areas within the Southern District of West Virginia.

7. From my experience, training, and knowledge of drug shipments through the United States Mail I am aware that drug traffickers frequently use fictitious names and addresses on the return address portion of the mailing label both to remain anonymous and avoid detection. Some return addresses have been found to be legitimate addresses, but the actual resident at those locations is either fictitious or non-existent. I am also aware that the address of the person that the mail piece is addressed to is generally not fictitious because a valid address is necessary for the package to be delivered. However, at times the true name of the addressee may be altered or ignored in favor of an alias or code name to better disguise their identity from law enforcement.

8. Based upon my knowledge, training, and experience I know that drug traffickers using the United States Postal Service often use unusual packaging techniques. These may include excessive taping or wrapping or by including within the package items having strong odors in an effort to contain or mask the odor of controlled substances in order to avoid detection by drug dogs.

3

9. Your affiant knows based on training and experience as well as consultation with other agents, that U.S. Mail is often used by narcotic traffickers to transport controlled substances, as well as U.S. currency derived from the distribution of controlled substances, either as payment or proceeds. Your affiant knows based on training and experience that U.S. Postal Service Express Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, and control dispatch times and locations.

## BACKGROUND OF INVESTIGATION

10. On July 26, 2018, Postal Inspectors were conducting parcel interdiction at the Huntington, WV Post Office. Upon viewing the subject parcel your affiant noted, among other characteristics, the SUBJECT PARCEL bore a handwritten label, had excessive taping, and was from a known source state for illegal drugs coming into the Southern District of West Virginia.

11. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, concerning the subject return address "John MCcoy 343

4

Stany Creek Dr, Orland, CA 95963".[2] CLEAR showed no such name related to that address.

12. CPL Kevin Williams of the West Virginia State Police (WVSP), provided a trained narcotic detection dog named "FEERA". FEERA has experience with narcotics investigations including drug parcels. FEERA has been actively deployed by the WVSP as a trained narcotic detection dog since successfully completing her training and evaluation in July 2014. Williams and FEERA train each month when they are not actively involved in criminal investigations and are evaluated periodically by canine trainers at the WVSP to assure their continued proficiency.

13. On July 26, 2018 the SUBJECT PARCEL was placed in a line-up with four additional boxes/envelopes of similar shape and size. FEERA conducted an exterior examination of all the parcels. TFC Williams informed me that FEERA positively alerted on the SUBJECT PARCEL indicating the presence of the odor of a controlled substance.

14. Based on the information contained herein, your affiant maintains there is probable cause to believe that the U.S. Postal Service Priority Mail Package bearing tracking number "9505 5128 9767 8205 2334 18" contains controlled substances, and/or proceeds

---

[2] The information contained in the CLEAR database is compiled from numerous points of origin including public records, government and financial entities, public utilities and other sources.

5

which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b) and 846.

Further your affiant sayeth naught.

_____
ROBERT A. DIDOMENICO
POSTAL INSPECTOR

Sworn to before me, and subscribed in my presence, this 26th day of July, 2018.

_____
CHERYL A. EIFERT
UNITED STATES MAGISTRATE JUDGE